## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

MICHAEL ELLIOT,                              )
                                             )
    *Plaintiff,*                           )
                                             )
    v.                                       )    **Case No. 3:11-cv-00394**
                                             )    **Judge Nixon**
THE BLACK & DECKER CORPORATION,              )    **Magistrate Judge Knowles**
BLACK & DECKER (U.S.) INC., and              )
DEWALT INDUSTRIAL TOOL CO.,                   )
                                             )
    *Defendants.*                          )

## ORDER

Plaintiff in this case has filed a Notice of Voluntary Dismissal (Doc. No. 4) pursuant to

Federal Rule of Civil Procedure 41(a)(1)(A)(i). As a result, the case is hereby **DISMISSED**

**without prejudice**, and the Court **DIRECTS** the Clerk of the Court to close the case.

It is so ORDERED.

Entered this _____25th_____ day of May, 2011.


                                          _____
                                          JOHN T. NIXON, SENIOR JUDGE
                                          UNITED STATES DISTRICT COURT